CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| DRESEVIC, ZEF | ) | CASE NO. 05-17178-PHX-SSC |
| DRESEVIC, VICTORIA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3003 | 3/3/2009 | Zef Dresevic | $1,556.31 |
| | | Victoria Dresevic | |
| | | 1938 W. Hemmingway Lane | |
| | | Anthem AZ 85086-3627 | |

_April 29, 2010_
DATE

_/s/ Constantino Flores_
Constantino Flores, Trustee